IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**EARL BURDETTE**                                                                                                  **PLAINTIFF**
 On Behalf of Himself and Those Similarly Situated

**V.**                                                          **CAUSE NUMBER: 3:13CV286 M-A**

**PANOLA COUNTY, ET AL.**                                                    **DEFENDANTS**

**ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT**

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 20th day of April, 2015.

                                                              **/s/ MICHAEL P. MILLS**
                                                              **UNITED STATES DISTRICT JUDGE**
                                                              **NORTHERN DISTRICT OF MISSISSIPPI**